MARC J. FAGEL (Cal. Bar. No. 154425)
JOHN S. YUN (Cal. Bar No. 112260)
yunj@sec.gov
ROBERT S. LEACH (Cal. Bar No. 196191)
leachr@sec.gov
JEREMY E. PENDREY (Cal. Bar No. 187075)
pendreyj@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA IT IS SO ORDERED Judge James Ware

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, Plaintiff, v. LAMBROS D. BALLAS, Defendant. | No. C 09-05036 JW<br>**STIPULATION AND ~~[PROPOSED]~~ ORDER FOR PRELIMINARY INJUNCTION** |

WHEREAS, on October 22, 2009, plaintiff Securities and Exchange Commission (the "Commission") filed a complaint in this matter alleging defendant Lambros D. Ballas ("Ballas") violated Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 thereunder, and filed an *Ex Parte* Application for Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery (the "Application").

WHEREAS, on October 22, 2009, the Court issued an Order setting a hearing on the Application for October 26, 2009 and requesting that the Commission address whether the Court had personal jurisdiction over Ballas and whether venue in the federal district Court for the Northern District of California was proper.

WHEREAS, on October 26, 2009, the Court held a hearing on the Application, and to consider personal jurisdiction and venue.

WHEREAS, on October 30, 2009, the Court issued an Order Granting the Commission's *Ex Parte* Application for Temporary Restraining Order and Expedited Discovery, and found, based on the papers submitted to date and oral argument, that the Court has personal jurisdiction over Ballas and venue in this Court is appropriate, without prejudice to Ballas' ability to file a motion seeking to transfer the case under 28 U.S.C. § 1404(a). Further, the Court set a hearing on November 23, 2009 on the Commission's Motion for Preliminary Injunction and any motion by Ballas to change venue.

WHEREAS the parties are willing to stipulate and agree to the preliminary relief described below.

THEREFORE, the Commission and Ballas stipulate and agree, and respectfully request that the Court order, the following:

During the pendency of this action, or the further Order of this Court, if sooner, Ballas and any respective officers, agents, servants, employees, attorneys and persons in active concert or participation with him who receive actual notice of this Stipulation and Order, by personal service or otherwise, and each of them, are preliminarily enjoined from, directly or indirectly, in connection with the purchase or sale of any securities, by the use of any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange:

1. Issuing or causing to be disseminated, in any manner, unauthorized or false or misleading press releases, or other public statements regarding publicly-traded or quoted companies; or

2. Posting on the Internet, including, but not limited to Internet message boards, any false or misleading information, including, but not limited to: links to unauthorized or false or misleading press releases, or other public statements, regarding publicly-traded or quoted companies;

where such conduct would constitute an actual or threatened violation of Section 10(b) of the Securities Exchange Act of 1934, 15 U.S.C. § 78j(b), and Exchange Act Rule 10b-5, 17 C.F.R. § 240.10b-5.

The Court issues this preliminary injunction without prejudice to Ballas' ability to file a noticed motion asking to have the Court transfer the case under 28 U.S.C. § 1404(a).

**IT IS SO STIPULATED.**

DATED: November 5, 2009

Respectfully Submitted,

/s/ Jeremy E. Pendrey
John Yun
Jeremy E. Pendrey
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

DATED: November 5, 2009

Respectfully Submitted,

/s/ Michael Gilmore
Michael Gilmore
Sims Moss Kline & Davis LLP
Attorneys for Defendant
for Purposes of Preliminary Injunction

**[PROPOSED] ORDER**

Based on the stipulation of the parties, and good cause appearing, **IT IS SO ORDERED**.

In light of the parties' Stipulation, the Court VACATES the hearing on Plaintiff's Motion for Preliminary Injunction scheduled for November 23, 2009.

Date: November 6, 2009

JAMES WARE
United States District Judge